**Ramon AVITIA–NUNEZ, Petitioner,**

v.

**IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.**

No. 02–71849.
INS No. A76–702–972.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 25, 2003.*

Decided Sept. 3, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

James M. Byrne, Esq., Elhaam Hashemi, Byrne, Bogue & Byrne, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Papu Sandhu, Emily A. Radford, Attorney, U.S. Department of Justice, Washington, DC, for Respondent.

Before GRABER, WARDLAW, and CLIFTON, Circuit Judges.

### MEMORANDUM **

This case raises the same issues as *Padilla v. Ashcroft*, 334 F.3d 921 (9th Cir. 2003). For the reasons stated in that opinion, the petition is DENIED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

